# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA
V.
MELISSA TAYLOR

**JUDGMENT IN A CRIMINAL CASE**
(Short Form)

CASE NUMBER: CR18-5250

Miriam F. Schwartz
Defendant's Attorney

☒ **THE DEFENDANT** pleaded guilty to count(s) the single-count misdemeanor Information

| Title & Section | Nature of Offense | Date Offense Concluded | Count No. |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 641 | Theft of Government Property (less than $1,000) | 11/1/2017 – 1/21/2018 | I |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Total: | Fine | Assessment | Processing Fee | Payable Within/By |
|---|---|---|---|---|
| $ 225 | $ 200 | $ 25 | $ 0 | w/n 30 days |

Defendant's SSN: XXX-XX-8309

Defendant's DOB: XX-XX-1975

Defendant's USM No: _____

Defendant's Signature

_Special Assistant United States Attorney_

10/29/2018
Date of Imposition of Judgment

Signature of Magistrate Judge

THE HONORABLE THERESA L. FRICKE
United States Magistrate Judge

10/29/2018
Date

FILED LODGED RECEIVED
OCT 29 2018
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY